IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| KINGRALE COLLINS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No. 5:08cv00338 SWW |
| | * | |
| | * | |
| | * | |
| GRANT HARRIS, Warden, Varner | * | |
| Super Max, Grady, Arkansas, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The motion of petitioner [doc.#12] to voluntarily dismiss without prejudice his petition for writ of habeas corpus is hereby granted.

IT IS SO ORDERED this 23rd day of April 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE